In the Matter of ISAAC HOWARD M. and Another, Children Alleged to be Neglected. FATIMA M., Appellant; JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Respondent.

Submitted February 6, 2012; decided April 3, 2012

Reported below, 90 AD3d 559.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's order denying appellant's motion to vacate a prior order of that court, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

KAUFMANN'S CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY LP et al., Respondents. (And Other Actions.)

Submitted February 6, 2012; decided April 3, 2012

Reported below, 87 AD3d 1343; 68 AD3d 1696, 1697, 1700.

Motion, insofar as it seeks leave to appeal from the December 2009 Appellate Division orders, dismissed as untimely (*see* CPLR 5513 [b]; 2103 [b] [2]); motion, insofar as it seeks leave to appeal from the September 2011 Appellate Division order, dismissed upon the ground that such order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ALFREDO LUGO, Appellant, v ANDREA W. EVANS, as Chair of the Division of Parole, Respondent.

Submitted January 23, 2012; decided April 3, 2012

Reported below, 89 AD3d 1356.

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.